**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, MICHAEL McNALLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 6:09-mj-00200-YNP |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT ALL STATUS CONFERENCES |
| vs. | |
| MICHAEL McNALLY, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant, MICHAEL McNALLY, having been advised of his right to be present at all stages of the proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at all Status Conferences throughout the pendency of his case.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were

///

///

///

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Dated: November 27, 2009        By:  /s/ Michael McNally
                                     MICHAEL McNALLY

Dated: November 30, 2009        By:  /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     MICHAEL McNALLY

IT IS SO ORDERED.

**Dated:   November 30, 2009**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

2
WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT ALL STATUS CONFERENCES